JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

OSCAR EDUARDO HERNANDEZ HERRERA,
Petitioner,
v.
J. JOHNSON, et al.,
Respondents.

Case No. 5:26-cv-02982-MRA-SP

**JUDGMENT**

Pursuant to the Order Accepting in Part Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: November 20, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE